■ RAUL OLIVARES, Respondent, v SAINT SIMON STOCK CHURCH et al., Defendants, and CARMELITE FRIARS, Appellant.

[732 NYS2d 566] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered on or about March 22, 2001, unanimously affirmed for the reasons stated by Katz, J., without costs or disbursements. No opinion. Concur—Rosenberger, J. P., Williams, Ellerin, Buckley and Marlow, JJ.